J. M. ALLEN, *as County Treasurer, etc., et al.,* v. THE KANSAS TOWN AND LAND COMPANY.*

No. 11,105.

Error from the court of appeals, northern department. Opinion filed March 11, 1899. Affirmed.

*Myers & Reed,* for the plaintiffs in error.

*M. A. Low,* and *W. F. Evans,* for the defendant in error.

*Per Curiam:* The motion to dismiss the proceedings because of the insufficiency of the appeal bond can not be sustained, but an examination of the record satisfies us that the court of appeals reached a correct conclusion, and for the reasons given by that court (6 Kan. App. 252) its judgment is affirmed.

---

*Note.—This case was not reported when the opinion was filed (60 Kan. 857), and is reported here because it was cited in. *Bull v. Kelley,* ante, p. 597.